FILED: June 16, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1533
(5:14-cr-00244-1)

_____

In re: DONALD L. BLANKENSHIP

    Petitioner

_____

O R D E R

_____

    Upon review of submissions relative to the petition for writ of mandamus, the court denies the petition.

    Entered at the direction of Judge Davis with the concurrence of Judge Wynn and Judge Gregory.

                      For the Court

                      /s/ Patricia S. Connor, Clerk